IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CRAYTONIA BADGER
ADC #162710                                                              PETITIONER

v.                          No. 2:19-cv-89-DPM

DEXTER PAYNE, Director,
Arkansas Division of Correction                                          RESPONDENT

## JUDGMENT

Badger's petition is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

3 March 2020